IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00397-RPM-PAC

KYLE MULLINS, and
JESSE MULLINS,

    Plaintiff(s),

v.

I. C. SYSTEM, INC., a Minnesota corporation,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that the Unopposed Motion to Hold in Abeyance the Motion for a More Definite Statement [Doc. #10; filed May 11, 2007] is **GRANTED** as follows:

    Defendant may file a reply in support of its motion **on or before May 29, 2007.** The court will issue a ruling after that date.

Dated:  May 15, 2007