IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00397-RPM-PAC

KYLE MULLINS and
JESSE MULLINS,

     Plaintiffs,

v.

I. C. SYSTEM, INC., a Minnesota corporation,

     Defendant.

_____

ORDER DENYING MOTION TO AMEND JUDGMENT
_____

On November 9, 2007, this Court entered a judgment for the plaintiffs pursuant to the filing on that date of Notice of Plaintiffs' Acceptance of Defendant I.C. System, Inc.'s Offer of Judgment with the Offer of Judgment attached as Exhibit A. On November 27, 2007, the defendant file a motion to amend the judgment for the sole purpose of including its denial of liability as contained in the Offer of Judgment. That denial of liability is already of record in this case and amending the judgment to reflect it is of no significance as simply a repetition of the term of the offer. A Satisfaction of Judgment was filed on December 11, 2007. It is

ORDERED that the motion to amend judgment is denied.

DATED: December 19th, 2007

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge